UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

NICHOLS CORTEZ ADDISON                                                                    PLAINTIFF

V.                                       3:15CV00312 DPM/JTR

KIM MUSE, Secretary,
Poinsett County Detention Center                                                          DEFENDANT

**ORDER**

Plaintiff has filed an "Addendum," which is more properly characterized as an Amended Complaint. *Doc. 5.* In that pleading, Plaintiff alleges that Sheriff Larry Mills, Chief Deputy Kevin Nouder, and Administrator Tristain Marshall are failing to protect him from being harmed by other inmates. *Id.* The Court concludes, *for screening purposes only*, that Plaintiff has pled viable § 1983 claims against these three Defendants, and that those claims satisfy the imminent danger exception to the three-strikes rule. *See* 28 U.S.C. §§ 1915(g) and 1915A. Because Plaintiff has recently sought permission to dismiss his claims against Marshall, service will only be ordered on Mills and Nouder.

IT IS THEREFORE ORDERED THAT the Clerk is directed to file Plaintiff's Addendum *(Doc. 5)* as his Amended Complaint and to prepare a summons for

Defendants Mills and Nouder. The U.S. Marshal is directed to serve the summons, Complaint, Amended Complaint, and this Order on them without prepayment of fees and costs or security therefor. If either Defendant is no longer a Poinsett County employee, the individual responding to service must file a **sealed** statement providing the unserved Defendant's last known private mailing address.

    Dated this 9th day of November, 2015.

                                                                          */s/ J. Thomas Ray*
                                              UNITED STATES MAGISTRATE JUDGE