IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

NICHOLAS CORTEZ ADDISON                                                     PLAINTIFF

v.                                        No. 3:15-cv-312-DPM-JTR

KIM MUSE, Secretary, Poinsett County
Detention Center; LARRY MILLS, Sheriff,
Poinsett County; KEVIN NOUDER, Chief Deputy;
and TRISTAIN MARSHALL, Administrator                                  DEFENDANTS

ORDER

Motion to voluntarily dismiss, № 12, granted. Addison's claims against Marshall are dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

9 November 2015