# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

NICHOLS CORTEZ ADDISON  
ADC #162451                                                                                      PLAINTIFF

V.                              3:15CV00312 DPM/JTR

KIM MUSE, Secretary,  
Poinsett County Detention Center, et al.                                  DEFENDANTS

## ORDER

The parties have not consented to proceed before a United States Magistrate Judge. Plaintiff has requested a jury trial, and no dispositive motions have been filed. *Docs. 2, 14 & 10.* Accordingly, this case is ready to be set for a jury trial before the Honorable D. P. Marshall Jr.

IT IS SO ORDERED this 6th day of June, 2016.

_____  
UNITED STATES MAGISTRATE JUDGE