IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

NICHOLAS CORTEZ ADDISON,
ADC #162451                                                          PLAINTIFF

v.                          No. 3:15-cv-312-DPM-JTR

KIM MUSE, Secretary,
Poinsett County Detention Center                                     DEFENDANT

### ORDER

1. The Court withdraws the reference.

2. Though he's updated his address, Addison hasn't submitted an updated application to proceed *in forma pauperis*, filed a statement about is intent to proceed with this case, or kept in touch with his appointed counsel. № 29 & 38. The time to do so has passed. № 32 & 36. Addison's complaint and amended complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2).

3. Appointed counsel's motion to withdraw, № 38, is granted. Jeremy Swearingen is relieved as counsel with the Court's thanks.

4. An *in forma pauperis* appeal of this Order and the accompanying Judgment will not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

15 September 2016