IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

NICHOLAS CORTEZ ADDISON,
ADC #162451                                                                                    PLAINTIFF

v.                                      No. 3:15-cv-312-DPM

KIM MUSE, Secretary,
Poinsett County Detention Center                                                 DEFENDANT

## JUDGMENT

The complaint and amended complaint are dismissed without prejudice.

*D.P. Marshall Jr.*
United States District Judge

15 September 2016